# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Theodore James Jerry<br><br>*Defendant(s)* | )<br>)<br>)<br>)   Case No.  2:25-MJ-200<br>)<br>)<br>) |

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED DEC 2 2 2025 CLERK, U.S. DISTRICT COURT By_____ Deputy*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 20, 2025__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Newton, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 12/22/25

*Judge's signature*

City and state:   Amarillo, Texas       Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:25-MJ-200

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas Newton, being sworn, depose and state as follows:

1)   I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2)   I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a police officer with the Amarillo Police Department (APD) in June 2005. I was assigned to the Amarillo Police Department Narcotics unit from 2022 until my current assignment as a TFO with the DEA's ARO. In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in narcotics trafficking investigations, including but not limited to conducting surveillance, investigating smuggling, conducting undercover operations, identifying packaging methods, using confidential sources, and executing arrest and search warrants.

3.   This affidavit is made in support of a complaint and an arrest warrant for Theodore James Jerry. I am familiar with the information contained in this affidavit based on my own personal investigation and conversations with other law enforcement officers involved in this investigation.

4.   On December 20, 2025, an Amarillo Police Department (APD) K9 unit was conducting an interdiction operation at the Greyhound bus terminal at 400 S Monroe, Amarillo, Texas. APD K9 Officer and APD K9 conducted a free-air sniff of the luggage compartment of the Greyhound bus at the maintenance barn. APD K9 alerted to a solid white rolling hard-side suitcase. APD Officer conducted a probable cause search of the bag and initially located a false compartment area in the lining of the suitcase. A piece of cardboard-type material was cut in the shape of the suitcase, concealing three (3) bundles wrapped in black plastic and tape, indicative of narcotic packaging. The APD Officer cut open the packaging and discovered a white crystalline substance consistent with methamphetamine. A presumptive field test was conducted, and the substance tested positive for methamphetamine. The gross weight of the bundles was approximately 2.6 gross kilograms. Based on my training and experience, that amount is consistent with distribution rather than personal use.

5.   APD Officer contacted the Amarillo RO to assist with the investigation. TFO Thomas Newton responded to assist in identifying the owner of the white hard-sided suitcase containing the contraband. The APD Officer had secured the suspected methamphetamine in a marked APD patrol car, and the white hard-sided rolling suitcase was placed in the luggage area of the bus at its original location.

6. The Greyhound bus was taken to the passenger terminal at 508 S Bowie, Amarillo, Texas. Passengers were instructed to retrieve their luggage from the bus's luggage area. Officers identified Theodore James Jerry as the owner of the suspected luggage when he removed the white hard-sided suitcase from the luggage area of the bus. Theodore James Jerry was observed removing the white hard-sided rolling suitcase containing the 3 bundles of suspected methamphetamine from the bus's luggage area.

7. Uniformed APD officers approached Theodore James Jerry and placed him into custody. Theodore James Jerry told officers that the suitcase was his. Jackson was transported to the Amarillo RO by APD. TFO Newton and SA Joseph Curtis interviewed Theodore James Jerry at the Amarillo RO. During a Mirandized interview, Theodore James Jerry stated that the bag was his personal item and that he had taken it with him on a flight from Tulsa, Oklahoma, to Los Angeles, California, and then on the Greyhound bus from California until the contraband was located in Amarillo, Texas. Theodore James Jerry told TFO Newton and SA Curtis that he had packed the bag himself and described the contents of the bag. TFO Newton inquired about the size of the pants that Theodore James Jerry wears; his response was 30" waist and 30" inseam. A single pair of pants with a 30" waist and 30" inseam was located in the white hard-sided suitcase. Theodore James Jerry confirmed during the interview that this should be the only pair of pants in the white hard-side suitcase, since most of his clothing was in a backpack that he was carrying.

8. After the termination of the interview, Theodore James Jerry was transported to Randall County Detention Center and booked with a federal hold.

_____
Thomas Newton
DEA Task Force Officer

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 22nd day of December, 2025.

<u>Lee Ann Reno, U.S. Magistrate Judge</u>
Name and Title of Judicial Officer

*/s/ Dee Ann Reno*
Signature of Judicial Officer

*/s/ Anna Marie Bell*
Anna Marie Bell
Assistant United States Attorney